UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| MICHAEL CHAD CORLEY [9] | ) | |

**O R D E R**

Pending before the Court is Defendant's First Motion to Continue Sentencing Hearing (Docket No. 830).

The motion is GRANTED and the sentencing hearing scheduled for January 28, 2015, is hereby continued to Monday, March 30, 2015, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE